AO (Rev. 5/85) Criminal Complaint



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 6:13-mj-1404

TODD LESLIE KROEBER

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief. On or about July 20, 2012, in Brevard County, Florida,

in the Middle District of Florida, the defendant did knowingly attempt use a means and facility of

interstate and foreign commerce to persuade, induce, entice, and coerce an individual who has

not attained the age of 18 years, to engage in any sexual activity for which any person can be

charged with a crime, which is Lewd Act on a Child, Fla. Stat. § 800.04(4)(a), all in violation of

Title 18, United States Code, Sections 2422(b), (e) and (2). I further state that I am a Task

Force Agent with Federal Bureau of Investigation, and that this Complaint is based on the

following facts:

## SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Daniel Ogden

Sworn to before me and subscribed in my presence,

July 22, 2013                          at          Orlando, Florida

DAVID A. BAKER
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATE OF FLORIDA
COUNTY OF ORANGE                    Case No.: 6:13-mj-1404

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND SEARCH WARRANT

I, Daniel Ogden, after being duly sworn, depose and state:

1.      I am a task force agent with the United States Federal Bureau of Investigations (FBI) and have been so assigned since July 2012.  Currently, I am assigned to the FBI Crimes Against Children/Innocent Images Unit.  I am also employed by the Brevard County Sheriff's Office and assigned to the Special Victims Unit, which is responsible for investigating sex related crimes and child exploitation.  I have been a sworn law enforcement officer in the State of Florida since June 19, 1998.

2.      I have received specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes, including FBI Round-up Peer-To-Peer (P2P) Investigations, Round-up EMule Investigations, Round-up ARES Investigations, Round-up Bit-Torrent Investigations, FBI Advanced Undercover Investigations, Basic Sex Crimes Investigations, and Sexual Deviant Behavior.  I have been involved in investigations involving child pornography and online solicitation/enticement of a minor, including investigations of individuals suspected of violating federal child pornography laws under 18 U.S.C. §§ 2251, 2252, 2252A, 2422 and 2423.  I have also written search warrants and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

3.      This affidavit is submitted in support of a criminal complaint against TODD LESLIE KROEBER (KROEBER).  As set forth in more detail below, there is probable

cause to show that KROEBER is involved in attempting to use a means and facility of interstate commerce to persuade, induce, entice, and coerce a minor to engage in sexual activity, in violation of 18 U.S.C. §§ 2422(b), (e) and (2).

4.     I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from enforcement officers, information from agency reports, and our review of documents provided to me by these witnesses and enforcement officers.  This affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint.  Therefore, I have not set forth each and every fact learned during the course of this investigation.

5.     On July 19, 2013, the defendant answered an ad on a public classified ad website.  The ad read as follows: "Need help with little bro – m4m-19. Title says it. Looking for some help this weekend with little bro. I like to watch.  If interested respond back and well (sic) see if it will work."

6.     The undercover agent who placed the ad told KROEBER that his little brother was 14 years old.  KROEBER said that his 18-year-old boyfriend would be interested in communicating with them.

7.     KROEBER had the boyfriend contact the undercover agent via Google voice.  Google voice is an internet-based texting program that allows users to send text messages via the internet.

8.     On July 20, 2013, the boyfriend contacted the UC agent.  The boyfriend requested another picture to verify that the UC and the 14-year-old boy were real.

9.    The boyfriend asked when to come up and asked for the UC's address. The UC asked the boyfriend what he and KROEBER wanted to do. The boyfriend responded, "I'll do whatever he's up for. I'm verse." Based on my training and experience, I know that the boyfriend was explaining that he would be able to perform or receive anal intercourse.

10.    The boyfriend asked if the 14-year-old had any nude pictures. The UC said, "OK. B 4 we meet want to make sure it's worth our time. So what are you wanting to do with little bro." The boyfriend responded, "top or bottom." The boyfriend described top as the person who gives and bottom as the person who takes. The boyfriend said that he would do whatever was requested of him.

11.    The UC said, "are we talking fingers, penis or what?" The boyfriend responded, "penis."

12.    The UC gave the boyfriend the location of a nearby convenience store to meet KROEBER and the boyfriend. The UC asked for KROEBER and the boyfriend to text him when they got off Interstate 95 in Rockledge, Florida.

13.    The UC received a text message from the boyfriend, saying that he had arrived at the meeting location.

14.    Agents were able to determine that KROEBER had dropped off the boyfriend and had the boyfriend walk around the meeting location while KROEBER was hidden in another location conducting counter surveillance.

3

15.    Agents saw the boyfriend walking in the convenience store parking lot, texting and talking on a cell phone. The boyfriend was trying to contact the UC. When the meeting was cancelled, the boyfriend made another call. Shortly after that call, a black Nissan pulled into the parking lot and the boyfriend got into the car.

16.    Agents realized that the black Nissan was registered to KROEBER. The agents stopped the car because they were investigating a state charge of solicitation of a minor, in violation of Florida Statute § 847.0135. The boyfriend and KROEBER were ordered out of the car.

17.    Agents spoke with the boyfriend. During the interview, agents learned that the boyfriend had been born on April 12, 1996, and was 17 years old. The boyfriend said that he had met KROEBER online in December 2012, and had been sexually involved with KROEBER for about two months. The boyfriend said that on July 19, 2013, KROEBER had directed him to respond to the ad involving the 14-year-old boy. Though the boyfriend typed some of the text messages, KROEBER typed messages as well using the boyfriend's cellphone. The boyfriend said that KROEBER requested nude pictures of the undercover agent because law enforcement could not send nude photographs. When text messages were being sent, KROEBER and the boyfriend were together at KROEBER's house so that it would be easier for KROEBER to direct the boyfriend in his responses to the undercover agent. The boyfriend said that he felt pressured by KROEBER to communicate with the 14-year-old boy for sex.

18.    After the meeting location had been established, KROEBER and the boyfriend travelled to Rockledge, Florida, from Port St. Lucie, Florida, to meet the 14-

4

year-old boy to engage in sexual activity.  The boyfriend said that KROEBER had driven him to Rockledge, Florida, to meet with the 14-year-old, as the boyfriend does not have a driver's license.  During the drive, KROEBER said that he would have sex with the 14-year-old and the boyfriend if the sex was good.  The boyfriend said that this was not the first time that he and KROEBER had met someone to engage in sexual activity.

19.     Prior to the agents stopping the car, KROEBER told the boyfriend to say he was 18 years old.  Specifically, KROEBER had coached the boyfriend to say that he had never told KROEBER that he (the boyfriend) was 17 years old.

20.     Brevard County Sheriff's detective Vicky Sumlin and I advised KROEBER of his right to remain silent and right to counsel.  KROEBER signed a waiver form and agreed to talk with Det. Sumlin and me.

21.     KROEBER said that he had answered an ad on Craigslist via his cellphone, a LG cellphone, model number LGMS840, serial number 203KPQJ0308220. KROEBER said that when he found out that the brother mentioned in the ad was only 14, he passed the information to his boyfriend.  I asked if KROEBER knew that his boyfriend was only 17 years old, and KROEBER said yes.  KROEBER said that he knew his boyfriend had set up to travel to Brevard County to have sex with a minor and he agreed to drive the boyfriend to Brevard County to engage in sexual activity with the 14-year-old.  KROEBER admitted that he had a sexual relationship with the boyfriend. KROEBER also admitted to taking pictures of his boyfriend's penis using the LG cellphone, model number LGMS840, serial number 203KPQJ0308220.  KROEBER told me that he had taken pictures of the boyfriend's penis using the cell phone.  The

5

boyfriend also said that KROEBER had taken the picture of his penis and that he had seen the pictures on the LG cell phone within the last two weeks.

22.    Previously, KROEBER was involved in a child exploitation offense that involved solicitation of a minor over the internet. Specifically, KROEBER contacted an undercover agent who was posing as a 14-year-old boy. KROEBER requested oral and anal sex. The case involved KROEBER using the internet to coerce, induce, and entice a 14-year-old boy to engage in sexual activity. During this investigation, KROEBER acknowledged online and over the telephone that he could go to jail for sexual contact with a minor.

23.    Based on the above, I have probable cause to believe that, on or about July 20, 2013, in Brevard County, Florida, TODD LESLIE KROEBER knowingly attempt use a means and facility of interstate and foreign commerce to persuade, induce, entice, and coerce an individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a crime, which is Lewd Act on a Child, Fla. Stat. § 800.04(4)(a), all in violation of Title 18, United States Code, Sections 2422(b), (e) and (2).

24.    Further, there is probable cause to believe that evidence of criminal offenses involving possession of child pornography exists on KROEBER's LG cellphone, model number LGMS840, serial number 203KPQJ0308220, in violation of Title 18, United States Code, Section 2252A(a)(5).

6

25.    This concludes my affidavit.


_____
Daniel Ogden, Task Force Agent
Federal Bureau of Investigation


Sworn and subscribed to before
me this ___ day of July 2013.

_____
DAVID A. BAKER
United States Magistrate Judge

7